

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-14-00120-CV

**IN THE INTEREST OF R.A.G.C., ET AL., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-00860
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before June 11, 2014. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court